June D. Coleman SBN 191890
MESSER STRICKLER BURNETTE, LTD.
5960 South Land Park Drive #1059
Sacramento, CA 95822
Phone: (916) 502-1768
jcoleman@messerstrickler.com

Attorney for Defendant
TrueAccord Corp.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| ANNAMARIE JARAMILLO,<br><br>Plaintiff,<br><br>vs.<br><br>AFFIRM HOLDINGS INC., and TRUEACCORD CORP.,<br><br>Defendants. | Case No. 5:24-cv-00383-SSS-DTB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:      2/23/2024<br>Initial Response Date:  3/15/2024<br>New Response Date:    4/14/2024 |

IT IS HEREBY STIPULATED by and between Plaintiff ANNAMARIE JARAMILLO and Defendant TRUEACCORD CORP. ("Defendant") that pursuant to Local Rule 8-3, the time within which Defendant may answer, respond or otherwise plead to Plaintiff's Complaint in the above-entitled action be extended for an additional thirty (30) days, from March 15, 2024, to April 14, 2024. The current stipulated extension does not extend the time for Defendant to respond to the

Complaint by more than 30 days, pursuant to Local Rule 8-3.

Dated: March 15, 2024         **MESSER STRICKLER BURNETTE, LTD.**

_/s June D. Coleman_
June D. Coleman
Attorney for Defendant
TrueAccord Corp.

Dated: March 15, 2024         **LOKER LAW, APC**

_/s/ Elizabeth Wagner_   (with permission)
Elizabeth Wagner
Attorney for Plaintiff
Annamarie Jaramillo

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2024, a true and correct copy of the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** was served electronically via the U.S. District Court CM/ECF system to counsel as set forth on the docket.

By:   /s/ June D. Coleman
June D. Coleman