**(STAY / JS6 Admin)**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNAMARIE JARAMILLO, | Case No. 5:24-cv-00383-SSS-DTBx |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO ARBITRATE AND STAY ACTION** |
| AFFIRM HOLDINGS INC.; AND TRUEACCORD CORP., | **NOTE CHANGES MADE BY COURT** |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

ORDER
CASE NO. 5:24-cv-00383-SSS-DTB

The Court, having reviewed the Stipulation to Arbitrate and Stay Action filed by defendants Affirm, Inc. (erroneously sued as "Affirm Holdings Inc.") ("Affirm") and TrueAccord Corp. (together with Affirm, "Defendants") and plaintiff Annamarie Jaramillo ("Plaintiff") (together the "Parties") and finding good cause therefore,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is GRANTED;

2. Plaintiff shall submit all claims in this action against Defendants to binding individual arbitration before the American Arbitration Association pursuant to the terms of the parties' arbitration agreement contained in the Terms of Service governing Plaintiff's account with Affirm;

3. The proceedings in this action against Defendants shall be stayed pending completion of the arbitration;

4. The parties are DIRECTED to file a Joint Report regarding the status of the arbitration on August 18, 2024, and every 90 days thereafter;

5. The Clerk is DIRECTED to close the case administratively.

Dated: May 20, 2024

Hon. Judge Sunshine Suzanne Sykes
United States District Judge